erie R. Newman, Esq., of Detroit, Michigan, is appointed to serve as counsel for the respondent in this case.

◼

**No. 10-786. Kingdom of Spain, et al., Petitioners v. Estate of Claude Cassirer.**

562 U.S. 1285, 131 S. Ct. 1717, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2273.

March 21, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

◼

**No. 10-5258. Clifton Terelle McNeill, Petitioner v. United States.**

562 U.S. 1285, 131 S. Ct. 1717, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2199.

March 21, 2011. Motion of petitioner for leave to file Volume II of the joint appendix under seal granted.

◼

**No. 10-7904. In re David W. Creveling, Petitioner.**

562 U.S. 1285, 131 S. Ct. 1717, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2309.

March 21, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

◼

**No. 10-8112. Lisa J. Gillard, Petitioner v. Board of Trustees of Community College District No. 508.**

562 U.S. 1285, 131 S. Ct. 1717, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2254.

March 21, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

◼

**No. 10-8332. Emmanuel Etere, Petitioner v. City of New York, New York, et al.**

562 U.S. 1285, 131 S. Ct. 1717, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2385.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 11, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

◼

**No. 10-8745. John Clifton, Petitioner v. Florida Parole Commission.**

562 U.S. 1285, 131 S. Ct. 1718, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2386.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 11, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

◼

**No. 10-8336. Rodney Wells, Petitioner v. Jon Fisher, Superintendent, State Correctional Institution at Smithfield, et al.**

562 U.S. 1291, 131 S. Ct. 1683, 179 L. Ed. 2d 614, 2011 U.S. LEXIS 2347.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 914.